# EXHIBIT A

| | |
|---|---|
| STATE OF MAINE<br>PENOBSCOT, ss | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. 26-CV-_____ |

| | |
|---|---|
| **EMILY A. O'LEARY WESTERFIELD**   )<br>                                                                )<br>         Plaintiff,                                         )<br>                                                                )<br> v.                                                             )<br>                                                                )      **COMPLAINT**<br> **LOWE'S HOME CENTERS, LLC;**      )<br> **POMPA LOGISTICS, LLC;** and           )<br> **AMADO MARRERRO GUEVARA**      )<br>                                                                )<br>         Defendants                                     )   | |

NOW COMES Plaintiff, Emily A. O'Leary Westerfield, and complains against Defendants Lowe's Home Centers, LLC, Pompa Logistics, LLC, and Amdo Marrerro Guevara, as follows:

### PARTIES AND JURISDICTION

1. Plaintiff, Emily A. O'Leary Westerfield, is a resident of Carroll Plantation, Maine.

2. Defendant Lowe's Home Centers, LLC ("Lowe's") is a corporation that is licensed to conduct business in the State of Maine, with a principal place of business in Mooresville, North Carolina.

3. Pompa Logistics, LLC is a Florida limited liability company who, on information and belief, delivers Lowe's products with a principal place of business in Miami, Florida.

4. At all times relevant to this action, Amado Marrerro Guevara was an employee and/or agent of Lowe's and Pompa Logistics, LLC, acting within the scope of his duties. Accordingly, both Lowe's and Pompa Logistics are vicariously liable for Amado's actions.

5. This Court has jurisdiction pursuant to 4 M.R.S. § 105.

6. Venue in Penobscot County is proper pursuant to 14 M.R.S. § 501.

## FACTS

7. On November 22, 2021, at approximately 10:30 a.m., Plaintiff was stopped at a red light at the intersection of Longview Drive and Hogan Road in Bangor, Maine, waiting to turn right.

8. Defendant Amado Marrero Guevara approached from behind driving a commercial box truck and slammed into the back of Plaintiff's vehicle.

9. At the time of the collision, Defendant Guevara was transporting goods on behalf of Lowe's Home Centers, LLC and/or Pompa Logistics, LLC and was acting within the scope of his employment.

10. Defendant Guevara failed to maintain proper control of the truck and failed to operate it in a safe and reasonable manner under the circumstances.

11. As a result of the Defendants' negligence, Plaintiff sustained bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, past and future medical expenses.

## COUNT I: NEGLIGENCE
### (as to all Defendants)

12. Plaintiff repeats and realleges all of the paragraphs set forth in this Complaint as if set forth fully herein.

13. At all times material to this Complaint, Lowe's and Pompas Logistics, by and through its employees and agents, including Amado Marrerro Guevara, owed a duty to operate its trucks in a reasonable manner.

14. The Defendants breached their duties of care by, among other things:

a. Failing to follow appropriate policies, systems and safety practices, resulting in its truck drivers becoming distracted while operating their trucks and crashing into other vehicles, thereby creating dangers that were unnecessary and avoidable when there were safer alternatives available;

b. Failing to properly hire, retain, supervise and train drivers in the safe operation of its delivery trucks, resulting in the dangerous distracted driving which causes collisions; and

c. Failing to operate the truck in a safe and reasonable manner resulting in the collision with the Drews' car.

15. As a direct and proximate result of the Defendants negligence, Plaintiff suffered from painful and permanent injuries, emotional distress, loss of enjoyment of life, and past and future medical expenses.

## COUNT II-VICARIOUS LIABILITY
### (as to Lowe's and Pompas Logistics)

16. Plaintiff repeats and realleges all of the paragraphs set forth in this Complaint as if set forth fully herein.

17. At the time of the subject collision, Guevara was operating the Lowe's truck on behalf of Lowe's and Pompas Logistics.

18. Lowe's and Pompas Logistics are responsible for the actions of Guevara with respect to the collision described in this Complaint.

WHEREFORE, Plaintiff demand judgment against the Defendants in an amount deemed just and reasonable, together with interest, costs and such other further relief as the Court deems appropriate.

Dated: January 14, 2026

Respectfully submitted,

Colin B. Reilly, Bar No. 006204
*Attorney for the Plaintiff*

**LOWRY LAW**
33 McAlister Farm Road, Suite 203
Portland, ME  04103
(207) 775-3819
*colin@lowrylaw.com*